IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00249-CMA-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**BROOKE ELIZABETH SACKSE,**

      **Defendant.**

---

## UNOPPOSED MOTION TO RESTRICT ACCESS

---

MS. BROOKE ELIZABETH SACKSE, through counsel, Timothy P. O'Hara,

Assistant Federal Public Defender, respectfully requests Document Nos. 133 and 134

be restricted at Level 2.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ *Timothy P. O'Hara*
      TIMOTHY P. O'HARA
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  timothy_ohara@fd.org
      Attorney for Ms. Sackse

<u>CERTIFICATE OF SERVICE</u>

I certify that on May 24, 2023, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

      Pete Hautzinger
      Assistant United States Attorney
      Email: pete.hautzinger@usdoj.gov

and I certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Ms. Brooke Sackse (U.S. Mail)

                        s/ *Timothy P. O'Hara*
                        TIMOTHY P. O'HARA
                        Assistant Federal Public Defender
                        633 Seventeenth Street, Suite 1000
                        Denver, Colorado  80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Email:  timothy_ohara@fd.org
                        Attorney for Ms. Sackse

2